## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF TENNESSEE
## NASHVILLE DIVISION

| | | |
|---|---|---|
| **TERRY SHERIDAN** | ] | |
| **Plaintiff,** | ] | |
| | ] | |
| **v.** | ] | **No. 3:14-1250** |
| | ] | **Judge Campbell** |
| **UNITED RECOVERY SYSTEMS, LP.** | ] | |
| **Defendant.** | ] | |

## <u>O R D E R</u>

Presently before the Court are plaintiff's *pro se* complaint (Docket Entry No. 1) brought pursuant to the Fair Credit Reporting Act, 15 U.S.C. § 1681, *et seq.*, and an application to proceed in forma pauperis (Docket Entry No. 2).

Plaintiff is a resident of Nashville. According to the application, he is currently employed and earns a monthly salary of $1800. He does not, however, expect any income next month. The plaintiff also claims to receive $200 per month from real property but shows no real property as an asset. Finally, the plaintiff claims that he pays $120 per month for car insurance, even though he does not acknowledge ownership of a motor vehicle.

In short, the plaintiff's application to proceed in forma pauperis contains what appears to be contradictions and omissions. For that reason, the Court is currently unable to ascertain whether the plaintiff is entitled to pauper status.

Accordingly, the plaintiff is hereby GRANTED thirty (30) days from the date of entry of this order on the docket in which to submit to the Court a full and precise statement of all income,

benefits and assets available to the plaintiff. The plaintiff is forewarned that, should he fail to comply with this order within the specified period of time, the Court will presume that he is not a pauper.

It is so ORDERED.


Todd Campbell
United States District Judge