IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| TERRY SHERIDAN | ) |
| | ) |
| v. | ) NO. 3-14-1250 |
| | ) JUDGE CAMPBELL |
| UNITED RECOVERY SYSTEMS, LP | ) |

ORDER

Pending before the Court is a Report and Recommendation of the Magistrate Judge (Docket No. 33), to which no Objections have been timely filed. The Court has reviewed the Report and Recommendation and the file. The Report and Recommendation is adopted and approved.

Accordingly, Defendant's Motion for Summary Judgment (Docket No. 27) is GRANTED, and this action is DISMISSED. The pretrial conference set for August 31, 2015, and the jury trial set for September 8, 2015, are canceled.

Any other pending Motions are denied as moot, and the Clerk is directed to close the file. This Order shall constitute the final judgment in this case pursuant to Fed. R. Civ. P. 58.

IT IS SO ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE